IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DUSTIN JOHNSON AND CANDICE JOHNSON,<br><br>*Plaintiffs*,<br><br>v.<br><br>TEREX CORPORATION, TEREX SOUTH DAKOTA, INC., AND CTE, LLC, D/B/A CUSTOM TRUCK ONE SOURCE,<br><br>*Defendants*. | No. 6:23-CV-00766-ADA-DTG<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT UNOPPOSED MOTION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT CTE, LLC D/B/A CUSTOM TRUCK ONE SOURCE ONLY

Before the Court is the Joint Unopposed Motion for Severance and Dismissal with Prejudice of Defendant CTE, LLC d/b/a Custom Truck One Source (ECF No. 104). Having considered the motion, the record, and the agreement of the parties, the Court finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED THAT**:

1. Pursuant to Fed. R. Civ. P. 21, Defendant CTE, LLC d/b/a Custom Truck One Source is hereby severed from this action.

2. Pursuant to Fed. R. Civ. P. 41, all claims Plaintiffs have asserted against CTE, LLC d/b/a Custom Truck One Source are hereby dismissed with prejudice.

3. Nothing herein affects, alters, or adjudicates in any way any of Plaintiffs' remaining claims against Defendants Terex Corporation or Terex South Dakota, Inc., which shall continue in the original action.

4. Each party shall bear its own fees and costs as to the claims dismissed pursuant to this order.

SO ORDERED this 8th day of December, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE